SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, IBRAHIM NAGEEB FAKHOURI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: CR-F-02-5288-REC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR A |
| v. | ) | RESETTING OF THE HEARING ON |
| | ) | REPORT OF PROBATION OFFICER |
| IBRAHIM NAGEEB FAKHOURI, | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for the hearing on the presentence report of the probation officer and sentencing be executed as follows:

        Defense Counsel's Informal Objections due to Probation and AUSA: move from April 11, 2005 to May 16, 2005.

        Formal Objections must be filed with the Court and served on Probation and AUSA: move from April 25, 2005 to May 31, 2005.

        RPO Hearing: move from May 2, 2005 at 10:00 a.m. to June 6, 2005 at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: April 26, 2005

/s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
IBRAHIM NAGEEB FAKHOURI

DATED: April 26 2005

/s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney

Stipulation has been agreed to by Ms. Escobar via telephone on 4/25/05.

/ / /
/ / /

**ORDER**

**IT IS SO ORDERED.**

DATED:   April 27, 2005          /s/ ROBERT E. COYLE
HONORABLE ROBERT E. COYLE
United States District Court Judge,
Eastern District of California