SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, IBRAHIM NAGEEB FAKHOURI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IBRAHIM NAGEEB FAKHOURI, ) <br> ) <br> Defendant. ) <br> ) | CASE NUMBER: CR-F-02-5288-OWW <br><br> STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON REPORT OF PROBATION OFFICER |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for the hearing on the presentence report of the probation officer and sentencing be executed as follows:

    Defense Counsel's Informal Objections due to Probation and AUSA: move from July 11, 2005 to August 22, 2005.

    Formal Objections must be filed with the Court and served on Probation and AUSA: move from July 25, 2005 to September 6, 2005

    RPO Hearing: move from 9:00 a.m. on August 1, 2005 to 9:00 a.m. on September 12, 2005.

///
///
///
///
///

1  The parties also agree that any delay resulting from this continuance shall be excluded in the
2  interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

3  Respectfully submitted,

4

5  DATED: July 12, 2005　　　　　　　　　　　　/s/ Salvatore Sciandra
　　　　　　　　　　　　　　　　　　　　　　　　SALVATORE SCIANDRA
6　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　　IBRAHIM NAGEEB FAKHOURI
7

8

9  DATED: July 12, 2005　　　　　　　　　　　　/s/ Karen Escobar
　　　　　　　　　　　　　　　　　　　　　　　　KAREN ESCOBAR
10　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

11  Stipulation has been agreed to by Ms. Escobar via telephone on 7/7/05.

12  ///
13  ///

14  **ORDER**

15  **IT IS SO ORDERED.**

16  /s/ OLIVER W. WANGER

17  DATED:　July 13, 2005
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE OLIVER W. WANGER
18　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge,
　　　　　　　　　　　　　　　　　　　　　　　　Eastern District of California

19

20

21

22

23

24

25

26

27

28