SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, IBRAHIM NAGEEB FAKHOURI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IBRAHIM NAGEEB FAKHOURI, ) <br> ) <br> Defendant. ) <br> ) | CASE NUMBER: CR-F-02-5288-OWW <br><br> STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON REPORT OF PROBATION OFFICER |

   IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for the hearing on the presentence report of the probation officer and sentencing be executed as follows:

   Defense Counsel's Informal Objections due to Probation and AUSA: move from October 24, 2005 to January 3, 2006.

   Formal Objections must be filed with the Court and served on Probation and AUSA: move from November 7, 2005 to January 16, 2006.

   RPO Hearing: move from 9:00 a.m. on November 14, 2005 to 9:00 a.m. on January 23, 2006.

///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: November 15, 2005        /s/ Salvatore Sciandra
                                SALVATORE SCIANDRA
                                Attorney for Defendant,
                                IBRAHIM NAGEEB FAKHOURI


DATED: November 15, 2005        /s/ Karen Escobar
                                KAREN ESCOBAR
                                Assistant United States Attorney

                                Stipulation has been agreed to by Ms. Escobar via telephone on 11/8/05.

/ / /

/ / /

**ORDER**

**IT IS SO ORDERED.**

DATED:   November 16, 2005         /s/ OLIVER W. WANGER
                                   HONORABLE OLIVER W. WANGER
                                   United States District Court Judge,
                                   Eastern District of California