1  SALVATORE SCIANDRA, Bar No. 58256
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone: 559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, IBRAHIM NAGEEB FAKHOURI

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )    CASE NUMBER:  CR-F-02-5288-OWW
                                       )
11             Plaintiff,              )
                                       )    STIPULATION AND ORDER FOR A
12 v.                                  )    RESETTING OF THE HEARING ON
                                       )    REPORT OF PROBATION OFFICER
13 IBRAHIM NAGEEB FAKHOURI,            )
                                       )
14             Defendant.              )
                                       )
15

16      IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the

17 defendant by and through his attorney, that the date set for the hearing on the presentence report of the

18 probation officer and sentencing be executed as follows:

19        Defense Counsel's Informal Objections due to Probation and AUSA:
          move from October 24, 2005 to January 3, 2006.
20

21        Formal Objections must be filed with the Court and served on Probation
          and AUSA: move from November 7, 2005 to January 16, 2006.
22

23        RPO Hearing:  move from 9:00 a.m. on November 14, 2005 to 9:00
          a.m. on January 23, 2006.
24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: November 15, 2005
/s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
IBRAHIM NAGEEB FAKHOURI

DATED: November 15, 2005
/s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney

Stipulation has been agreed to by Ms. Escobar via telephone on 11/8/05.

///

///

**ORDER**

**IT IS SO ORDERED.**

DATED:   November 16, 2005
/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
United States District Court Judge,
Eastern District of California

STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON REPORT OF PROBATION OFFICER
CASE NUMBER:  CR-F-02-5288-REC                                                                                                      2