SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, IBRAHIM NAGEEB FAKHOURI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IBRAHIM NAGEEB FAKHOURI,<br><br>    Defendant. | CASE NUMBER: CR-F-02-5288-OWW<br><br>STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON REPORT OF PROBATION OFFICER |

   IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for the hearing on the presentence report of the probation officer and sentencing be executed as follows:

   Defense Counsel's Informal Objections have already been made.

   Formal Objections must be filed with the Court and served on Probation and AUSA:  move from January 17, 2006 to February 14, 2006.

   RPO Hearing:  move from 9:00 a.m. on January 24, 2006 to 9:00 a.m. on February 21, 2006 at 1:30

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: January 19, 2006
/s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
IBRAHIM NAGEEB FAKHOURI

DATED: January 19, 2006
/s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney

Stipulation has been agreed to by Ms. Escobar.

/ / /

/ / /

**ORDER**

**IT IS SO ORDERED.**

DATED:   January 25, 2006
/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
United States District Court Judge,
Eastern District of California

U.S. v. FAKHOURI
STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON REPORT OF PROBATION OFFICER
CASE NUMBER:  CR-F-02-5288-REC                                                                 2