1  SALVATORE SCIANDRA, Bar No. 58256
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4

5  Attorney for Defendant, IBRAHIM NAGEEB FAKHOURI

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )      CASE NUMBER:  CR-F-02-5288-OWW
                                       )
11             Plaintiff,              )
                                       )      STIPULATION AND ORDER FOR A
12  v.                                 )      RESETTING OF THE HEARING ON
                                       )      REPORT OF PROBATION OFFICER
13  IBRAHIM NAGEEB FAKHOURI,           )
                                       )
14             Defendant.              )
                                       )
15  _____     )

16         IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the

17  defendant by and through his attorney, that the date set for the hearing on the presentence report of the

18  probation officer and sentencing be executed as follows:

19             Defense Counsel's Informal Objections have already been made.

20             Formal Objections must be filed with the Court and served on Probation
               and AUSA:  move from March 20, 2006 to April 24, 2006.
21

22             RPO Hearing:  move from 9:00 a.m. on March 27, 2006 to 9:00 a.m. on
               May 1, 2006.
23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1      The parties also agree that any delay resulting from this continuance shall be excluded in the

2  interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

3                              Respectfully submitted,

4

5  DATED:  March 23, 2006             /s/ Salvatore Sciandra

6                              SALVATORE SCIANDRA
                                Attorney for Defendant,

7                              IBRAHIM NAGEEB FAKHOURI

8

9  DATED:  March 23, 2006             /s/ Karen Escobar

10                             KAREN ESCOBAR
                             Assistant United States Attorney

11                           Stipulation has been agreed to by Ms. Escobar
                           via telephone on 3/23/06.

12  / / /

13  / / /

14                      **ORDER**

15  IT IS SO ORDERED.

16  **Dated:    March 24, 2006**           **/s/ Oliver W. Wanger**
    emm0d6                      UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28