SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044

Attorney for Defendant, IBRAHIM NAGEEB FAKHOURI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IBRAHIM NAGEEB FAKHOURI, ) <br> ) <br> Defendant. ) <br> ) | CASE NUMBER:  CR-F-02-5288-OWW <br><br> STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON REPORT OF PROBATION OFFICER |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for the hearing on the presentence report of the probation officer and sentencing be executed as follows:

    Defense Counsel's Informal Objections have already been made.

    Formal Objections must be filed with the Court and served on Probation and AUSA:  move from April 24, 2006 to June 12, 2006.

    RPO Hearing:  move from 9:00 a.m. on May 1, 2006 to 9:00 a.m. on June 19, 2006.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED:  April 27, 2006        /s/ Salvatore Sciandra
                              SALVATORE SCIANDRA
                              Attorney for Defendant,
                              IBRAHIM NAGEEB FAKHOURI


DATED:  April 27, 2006        /s/ Karen Escobar
                              KAREN ESCOBAR
                              Assistant United States Attorney

Stipulation has been agreed to by Ms. Escobar via telephone on 4/27/06.

/ / /

/ / /

**ORDER**

IT IS SO ORDERED.

**Dated:   April 28, 2006**          /s/ Oliver W. Wanger
emm0d6                               UNITED STATES DISTRICT JUDGE

U.S. v. FAKHOURI
STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON REPORT OF PROBATION OFFICER
CASE NUMBER:  CR-F-02-5288-REC                                                      2