SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, IBRAHIM NAGEEB FAKHOURI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: CR-F-02-5288-OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR A |
| v. | ) | RESETTING OF THE HEARING ON |
| | ) | REPORT OF PROBATION OFFICER |
| IBRAHIM NAGEEB FAKHOURI, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for the hearing on the presentence report of the probation officer and sentencing be executed as follows, move from Friday, June 16, 2006 at 9:00 a.m. to Monday, July 31, 2006 at 9:00 a.m.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: June 13, 2006          /s/ Salvatore Sciandra
                              SALVATORE SCIANDRA
                              Attorney for Defendant,
                              IBRAHIM NAGEEB FAKHOURI

/ / /

/ / /

/ / /

1  / / /

2  / / /

3  DATED: June 13, 2006                    /s/ Karen Escobar
                                            KAREN ESCOBAR
4                                           Assistant United States Attorney

5                                           Stipulation has been agreed to by Ms. Escobar
                                            on 6/13/06.
6  / / /

7  / / /

8                                  **ORDER**

9  IT IS SO ORDERED.

10 **Dated:   June 14, 2006**                    /s/ Oliver W. Wanger
   emm0d6                                   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. FAKHOURI
STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON REPORT OF PROBATION OFFICER
CASE NUMBER:  CR-F-02-5288-REC                                                                2