SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, IBRAHIM NAGEEB FAKHOURI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: CR-F-02-5288-OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR A RESETTING OF THE SENTENCING HEARING |
| v. | ) | |
| IBRAHIM NAGEEB FAKHOURI, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for sentencing be continued from July 31, 2006 at 9:00 a.m. to September 11, 2006 at 9:00 a.m. for preparation by the government of Sentencing Guideline section 5K1 and Sentencing Memorandum by defense counsel.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: July 25, 2006                /s/ Salvatore Sciandra
                                    SALVATORE SCIANDRA
                                    Attorney for Defendant,
                                    IBRAHIM NAGEEB FAKHOURI

DATED: July 25, 2006                /s/ Karen Escobar
                                    KAREN ESCOBAR
                                    Assistant United States Attorney

1   Stipulation has been agreed to by Ms. Escobar via telephone.
2   / / /
3   / / /
4   **ORDER**
5   IT IS SO ORDERED.
6   **Dated:   July 29, 2006**             **/s/ Oliver W. Wanger**
    emm0d6                                  UNITED STATES DISTRICT JUDGE

U.S. v. FAKHOURI
STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON REPORT OF PROBATION OFFICER
CASE NUMBER:  CR-F-02-5288-REC                                                      2