```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )
                               )
            Plaintiff          )      1:02-CR-5288 OWW
                               )
    v.                         )      ORDER FOR
                               )      SELF-SURRENDER
IBRAHIM NAGEEB FAKHOURI,       )
                               )
            Defendant          )
_____)
```

IT IS ORDERED that the above-named defendant shall self-surrender to the United States Marshal in this district or to the designated facility before 2:00 p.m. on October 26, 2006.

Dated: September 29, 2006

_/s/ OLIVER W. WANGER_____
OLIVER W. WANGER
United States District Judge

1